USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/03/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JUAN CRUZ MENDEZ RAMIREZ,

                            Petitioner,

                -against-

                            1:19-cv-11012-GHW

THOMAS DECKER, in his official capacity
as Field Office Director of the Immigration
and Customs Enforcement ("ICE") New York          ORDER
City Field Office; SCOTT MECHKOWSKI,
in his official capacity as Assistant Field
Office Director for the ICE New York City
Field Office; U.S. DEPARTMENT OF
HOMELAND SECURITY ("DHS"); CHAD
WOLF, in his official capacity as Acting
Secretary of DHS; WILLIAM PELHAM
BARR, in his official capacity as the Attorney
General of the United States,

                          Respondents.

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

      Within thirty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleading in response to the petition. Petitioner may file reply papers, if any, within fourteen days from the date Petitioner is served with Respondent's answer or other pleading.

      The Clerk of Court shall serve a copy of the petition and this order on the Civil Division of the U.S. Attorney's Office for the Southern District of New York.

SO ORDERED.

Dated: December 3, 2019
New York, New York

                                            GREGORY H. WOODS
                                           United States District Judge