**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JUAN CRUS MENDEZ RAMIREZ,

               Petitioner,　　　　　　19 **CIVIL** 11012 (GHW)

    -against-　　　　　　　　　　　　　　**JUDGMENT**

THOMAS DECKER, in his official capacity as Field Office Director of the Immigration and Customs Enforcement ("ICE") New York City Field Office, SCOTT MECHKOWSKI, in his official capacity as Assistant Field Office Director for the ICE New York City Field Office, U.S. DEPARTMENT OF HOMELAND SECURITY, CHAD WOLF, in his official capacity as Acting Secretary of DHS, and WILLIAM PELHAM BARR, in his official capacity as the Attorney General of the United States,

               Respondents.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 3, 2020, Mr. Mendez Ramirez's petition for habeas corpus is denied; Me. Mendez Ramirez's request for emergency relief pursuant to the Second Circuit's decision Mapp v. Reno is likewise denied; judgment is entered for Respondent; accordingly, this case is closed.

**DATED:** New York, New York
          April 7, 2020

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                               **Clerk of Court**
                  **BY:**
                                          _____
                                                               **Deputy Clerk**